Barberic, Appellant, *v.* Catholic Diocese
of Cleveland et al., Appellees.

[Cite as *Barberic v. Catholic Diocese of Cleveland*
(2001), 91 Ohio St.3d 1235.]

(No. 00–1067—Submitted February 7, 2001—Decided March 28, 2001.)

The cause is dismissed, *sua sponte*, as having been improvidently allowed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., David M. Paris, Kathleen J. St. John* and *Brenda M. Johnson,* for appellant.

*Edward J. Maher,* for appellees Catholic Diocese of Cleveland and Most Reverend Anthony M. Pilla.

*William T. Doyle,* for appellee Father Gary Berthiuame.

*William T. Monroe,* for appellee Father Allen F. Bruening.

*Bonezzi, Switzer, Murphy & Polito Co., L.P.A., Beth A. Sebaugh* and *Patrick J. Quallich,* for appellees Ascension Catholic Church and Ascension School.

*Betty D. Montgomery,* Attorney General, and *Robert C. Maier,* Assistant Attorney General, urging reversal for *amicus curiae,* Ohio Attorney General.